# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

LEONARD SANDERS,                    )
                                    )
        Plaintiff,                  )
v.                                  )
                                    )          CV417-061
LANIER COLLECTION AGENCY &          )
SERVICE, INC.,                      )
                                    )
        Defendant.                  )

## O R D E R

In this Fair Debt Collection Practices Act case removed from state court, defendant Lanier Collection Agency & Service Inc.'s March 29, 2017 Answer (doc. 4) triggered Fed. R. Civ. P. 26(f)'s requirement that the parties confer and file a discovery report. *See* Local Rule 26.1(a) & (b) (requiring parties to confer no later than 45 days after the first appearance of *any* defendant by Answer or Fed. R. Civ. P. 12(b) motion, and to submit a Rule 26(f) report within 14 days thereafter). That report was due May 29, 2017 (45 + 14 = 59 days following March 29, 2017, which is May 27, 2017). Because that's a Saturday, the due date became the following Monday, May 29, 2017. Defendant has informed the Court

that no report has been filed because Sanders has not responded to its attempts to contact him. *See* doc. 6 at 1-2.

Sanders therefore shall, within 11 days of the date this Order is served, show why this case should not be dismissed without prejudice for abandonment and violation of a Court rule. *See* Fed. R. Civ. P. 41(b); Local Rule 41.1(c); *Collins v. Lake Helen, L.P.*, 249 F. App'x 116, 120 (11th Cir. 2007) ("[D]istrict court[s] possesses the inherent power to police [their] docket[s]" and to prune out those cases left to languish by their litigants) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962)); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989).

**SO ORDERED,** this  15th  day of June, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA